UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADINE JOHNSON ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JAMES B. PEAKE, SECRETARY ) <br> UNITED STATES DEPARTMENT OF ) <br> VETERANS AFFAIRS ) <br> ) <br> DEFENDANT. ) <br> ) | CIVIL ACTION NO. 1:08-cv-01103 (JDB) |

## AFFIDAVIT OF SERVICE
## REGARDING SERVICE OF DEFENDANT

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(1) and 4(i)(2)(A).

1. My name is Tracy Hollenback, and my address is 1101 14th Street, N.W., Suite 710, Washington, D.C., 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On June 25, 2008, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: James B. Peake, Secretary, U.S. Department of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC 20420.

5. The return receipt was returned to my office with a date stamp indicating receipt on June 30, 2008.

6. I have attached a copy of the Domestic Return Receipt card.

_____
Tracy Hollenback

Subscribed and sworn to me this
7 day of July, 2008:

_____
Notary Public
My commission expires: Wendie L. Wachtel
Notary Public, District of Columbia
My Commission Expires 11/14/2011



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   James Wilson   ☐ Agent  ☐ Addressee<br>X RECEIVED<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>James B. Peake<br>Secretary, US Dept of VA<br>810 Vermont Avenue, NW<br>Washington, DC 20420 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>DEPT OF VETERANS AFFAIRS<br>OFFICE OF THE SECRETARY |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7008 0500 0000 7405 0273 |  |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |