UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADINE JOHNSON )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>JAMES B. PEAKE, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 1:08-cv-01103 (JDB) |

## AFFIDAVIT OF SERVICE
## REGARDING SERVICE OF ATTORNEY GENERAL

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(1) and 4(i)(2)(A).

1. My name is Tracy Hollenback, and my address is 1101 14th Street, N.W., Suite 710, Washington, D.C., 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On June 25, 2008, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: U.S. Attorney General Michael B. Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

5. The return receipt was returned to my office with a date stamp indicating receipt on June 30, 2008.

6. I have attached a copy of the Domestic Return Receipt card.

_____
Tracy Hollenback

Subscribed and sworn to me this
7 day of July, 2008:

_____
Notary Public
My commission expires:

Wendie L. Wachtel
Notary Public, District of Columbia
My Commission Expires 11/14/2011

