UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADINE JOHNSON )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>JAMES B. PEAKE, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 1:08-cv-01103 (JDB) |

**RECEIVED**
**JUL 2 8 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AMENDED AFFIDAVIT OF SERVICE**
**REGARDING SERVICE OF U.S. ATTORNEY'S OFFICE**

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(1) and 4(i)(2)(A).

1. My name is Tracy Hollenback, and my address is 1101 14th Street, N.W., Suite 710, Washington, D.C., 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On July 9, 2008, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: U.S. Attorney's Office, Jeffrey A. Taylor, 555 4th St., NW, Washington, DC 20530.

5. The return receipt was returned to my office with a date stamp indicating receipt on July 14, 2008.

6. I have attached a copy of the Domestic Return Receipt card.

_____
Tracy Hollenback

Subscribed and sworn to me this
23 day of July, 2008:

_____
Notary Public
My commission expires:

Agnes L. Evans
Notary Public, District of Columbia
My Commission Expires 1/14/2013

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   1 4 2008 |
| 1. Article Addressed to:<br><br>U.S. ATTORNEYS OFFICE<br>JEFFREY A. TAYLOR<br>555 4th St. NW<br>WASHINGTON, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 9453 9329 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADINE JOHNSON )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>JAMES B. PEAKE, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 1:08-cv-01103 (JDB) |

## AMENDED AFFIDAVIT OF SERVICE
## REGARDING SERVICE OF ATTORNEY GENERAL

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(1) and 4(i)(2)(A).

1. My name is Tracy Hollenback, and my address is 1101 14th Street, N.W., Suite 710, Washington, D.C., 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On July 9, 2008, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: U.S. Attorney General Michael B. Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

5. The return receipt was returned to my office with a date stamp indicating receipt on July 14, 2008.

6. I have attached a copy of the Domestic Return Receipt card.

_____
Tracy Hollenback

Subscribed and sworn to me this
23 day of July, 2008:

_____
Notary Public
My commission expires:

Agnes L. Evans
Notary Public, District of Columbia
My Commission Expires 1/14/2013

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>JUL 14 2008 |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY GENERAL<br>MICHAEL B. MUKASEY<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL J. HOARE, P.C.
1101 14th ST, NW   STE 710
WASHINGTON, DC 20005

Johnson 7/9/08