# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADINE JOHNSON )<br>4800 68TH Avenue )<br>Hyattsville, MD 20784 )<br>)<br>      Plaintiff, )<br>  v. )<br>)<br>)<br>JAMES B. PEAKE Secretary, )<br>United States Department of Veterans Affairs )<br>810 vermont Avenue, NW )<br>Washington, D.C. 20420 )<br>)<br>      Defendant. )<br>) | Case No: 08-1103 (JDB)<br>Electronic Case Filing |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for the defendant in the above-captioned civil action.

\_\_/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C. 20530
(202) 307-2332