UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADINE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 08-1103 (JDB) |
| ) | |
| JAMES B. PEAKE, ) | |
| Secretary, U.S. Department of Veteran Affairs ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, a copy of the forgoing Notice of Substitution of Counsel was served via the Court's ECF System on Plaintiff counsel:

Michael J. Hoare, P.C.
1101 14th Street, NW
Suite 710
Washington, DC 20005

/s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470